# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **SAMUEL JOEL BASKIN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **CIVIL ACTION 16-0340-CG-M** |
| **vs.** | ) | |
| | ) | **CRIMINAL NO. 12-00200-CG-M** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

After due and proper consideration of the issues raised, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made[1], the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Respondent's Motion to Dismiss (Doc. 40) is **GRANTED**, that Petitioner's Motion to Vacate (Doc. 37) is **DENIED**, and that this action is **DISMISSED**.  It is further **ORDERED** that any certificate of appealability filed by Petitioner is denied as he is not entitled to appeal <u>in forma pauperis</u>.

**DONE and ORDERED** this 6th day of October, 2016.


/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In his "Supplement" (Doc. 43), which the Court construes as an objection to the Report and Recommendation, Petitioner maintains that he may be entitled to relief after the Supreme Court rules in *Beckles v. U.S.*, claiming that his sentence was enhanced by this prior 3rd degree Burglary conviction.  A review of the PSR, however, shows that his sentence was not enhanced to career offender status by that prior conviction, and that the decision in *Beckles* will have no effect on petitioner's case.