IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SAMUEL JOEL BASKIN,** | ) |
| | ) |
| Petitioner, | ) |
| | ) CIVIL ACTION 16-0340-CG-M |
| vs. | ) |
| | ) CRIMINAL NO. 12-00200-CG-M |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Respondent, the United States of America, and against Petitioner, Samuel Joel Baskin.

**DONE and ORDERED** this 6th day of October, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE